.

# United States Bankruptcy Court
## Northern District of California

In re    **Toney Canty**

Debtor

Case No. **14-54539**

Chapter    **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 558,000.00 | | |
| B - Personal Property | Yes | 4 | 31,090.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 1,061,955.48 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 16 | | 64,249.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 7,736.47 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,921.00 |
| Total Number of Sheets of ALL Schedules | | 32 | | | |
| Total Assets | | | 589,090.00 | | |
| Total Liabilities | | | | 1,126,205.11 | |

# United States Bankruptcy Court
## Northern District of California

In re  **Toney Canty**
,
Debtor

Case No.  **14-54539**

Chapter  **13**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 7,736.47 |
| Average Expenses (from Schedule J, Line 22) | 6,921.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 8,773.90 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 491,455.76 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 64,249.63 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 555,705.39 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re    **Toney Canty**                                            ,     Case No.     __14-54539__

                                     Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **6495 Dunnville Way** <br> **Hollister, CA 95023** | **Fee Simple** | - | **423,000.00** | **664,143.00** |
| **1635 W. I St.** <br> **Los Banos, CA 93635** | **Fee Simple** | - | **135,000.00** | **377,172.00** |

| | | |
|---|---|---|
| Sub-Total > | **558,000.00** | (Total of this page) |
| Total > | **558,000.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                         Best Case Bankruptcy

In re  **Toney Canty**                                                         ,     Case No.   **14-54539**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America - Checking**<br><br>**Bank of America - Savings** | -<br><br>- | 300.00<br><br>15.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Household Goods And Furnishings** | - | 4,000.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | **Clothing** | - | 300.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | **Firearms - 3 40 caliber riffles, 1 22 caliber riffle, and 5 glock pistols** | - | 800.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **5,415.00** |
|---|---|---|
|  | (Total of this page) | |

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Toney Canty**                                    , Case No.  **14-54539**
                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Pension - PERS (no value)** | **-** | **0.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re   **Toney Canty**                              ,        Case No.    **14-54539**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Chevrolet Tahoe LS 2WD, 180,000 miles, value per NADA.com** | - | 15,737.50 |
| | | **2007 Chevrolet Monte Carlo Coupe 2S SS, 38,000 miles, value per NADA.com** | - | 9,937.50 |
| | | **2007 Chevrolet HHR** **Title only, vehicle belongs to daughter who lives in Atlanta.  Vehicle was paid in full by daughter.** | - | 0.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >     **25,675.00**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

In re  **Toney Canty**
_____ ,     Case No.    **14-54539**    _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 31,090.00 |

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re __Toney Canty__ , Case No. __14-54539__

Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of America - Checking** | **C.C.P. § 703.140(b)(5)** | **300.00** | **300.00** |
| **Bank of America - Savings** | **C.C.P. § 703.140(b)(5)** | **15.00** | **15.00** |
| **Household Goods and Furnishings** | | | |
| **Household Goods And Furnishings** | **C.C.P. § 703.140(b)(3)** | **4,000.00** | **4,000.00** |
| **Wearing Apparel** | | | |
| **Clothing** | **C.C.P. § 703.140(b)(3)** | **300.00** | **300.00** |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Firearms - 3 40 caliber riffles, 1 22 caliber riffle, and 5 glock pistols** | **C.C.P. § 703.140(b)(5)** | **800.00** | **800.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2007 Chevrolet Tahoe LS 2WD, 180,000 miles, value per NADA.com** | **C.C.P. § 703.140(b)(2)** **C.C.P. § 703.140(b)(5)** | **5,100.00** **8,075.28** | **15,737.50** |
| **2007 Chevrolet Monte Carlo Coupe 2S SS, 38,000 miles, value per NADA.com** | **C.C.P. § 703.140(b)(5)** | **0.00** | **9,937.50** |
| | Total: | **18,590.28** | **31,090.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re **Toney Canty** , Case No. **14-54539**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx8689** <br><br> **Bank Of America, N.A.** <br> **450 American St** <br> **Simi Valley, CA 93065** | | - | Opened  3/03/09  Last Active  5/04/12 <br><br> **Mortgage** <br><br> **6495 Dunnville Way** <br> **Hollister, CA 95023** <br><br> Value $          **423,000.00** | | | | **529,680.00** | **106,680.00** |
| Account No. <br><br> **K&S Market** <br> **PO BOX 499** <br> **Hollister, CA 95023** | | - | **Home Equity Line of Credit** <br><br> **6495 Dunnville Way** <br> **Hollister, CA 95023** <br><br> Value $          **423,000.00** | | | | **134,463.00** | **134,463.00** |
| Account No. **xxxxx1751** <br><br> **Nationstar Mortgage Ll** <br> **350 Highland Dr** <br> **Lewisville, TX 75067** | | - | Opened 10/03/06  Last Active  2/23/12 <br><br> **Mortgage** <br><br> **1635 W. I St.** <br> **Los Banos, CA 93635** <br><br> Value $          **135,000.00** | | | | **377,172.00** | **242,172.00** |
| Account No. <br><br> **Quality Loan Service Corporation** <br> **411 Ivy Street** <br> **San Diego, CA 92101** | | | **Representing:** <br> **Nationstar Mortgage Ll** <br><br><br> Value $ | | | | **Notice Only** | |

|  | | | Subtotal <br> (Total of this page) | | | | **1,041,315.00** | **483,315.00** |

 **1** continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Toney Canty** , Case No. **14-54539**
                                      Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **6940** <br><br> **San Mateo Credit Union 350 Convention Way Redwood City, CA 94063** | | - | Opened 7/24/07 Last Active 6/01/12 <br><br> **Purchase Money Security** <br><br> **2007 Chevrolet Tahoe LS 2WD, 180,000 miles, value per NADA.com** <br> Value $ 15,737.50 | | | | 2,562.22 | 0.00 |
| Account No. **6941** <br><br> **San Mateo Credit Union 350 Convention Way Redwood City, CA 94063** | | - | Opened 12/26/07 Last Active 6/01/12 <br><br> **Purchase Money Security** <br><br> **2007 Chevrolet Monte Carlo Coupe 2S SS, 38,000 miles, value per NADA.com** <br> Value $ 9,937.50 | | | | 18,078.26 | 8,140.76 |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |
| Account No. | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 20,640.48 | 8,140.76 |
| Total (Report on Summary of Schedules) | 1,061,955.48 | 491,455.76 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

In re  **Toney Canty**
_____,
Case No. ___**14-54539**_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

1
_____ continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6E (Official Form 6E) (4/13) - Cont.

In re __Toney Canty_____,    Case No. ___14-54539_____
                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | NOTICE ONLY | | | | | |
| Franchise Tax Board PO Box 2952 Sacramento, CA 95812-2952 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | NOTICE ONLY | | | | | |
| Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346 | - | | | | | | 0.00 | 0.00 / 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)  0.00  0.00 / 0.00

Total (Report on Summary of Schedules)  0.00  0.00 / 0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re  **Toney Canty**                                                      ,     Case No.  __14-54539__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. -xxxxxxxxxxxx4043 <br><br> **Amex** <br> **P.O. Box 981537** <br> **El Paso, TX 79998** | | - | | | **Opened  1/04/86  Last Active  5/01/11** <br> **CreditCard** | | | | 94.00 |
| Account No. **xxx9-001** <br><br> **Bianchi, Kasavan, & Pope, LLP** <br> **243 Sixth Street, Ste 220** <br> **Hollister, CA 95024** | | - | | | **Account Balance** | | | | 895.76 |
| Account No. **6240** <br><br> **BMW Financial Services, LLC** <br> **PO BOX 3608** <br> **Dublin, OH 43016** | | - | | | **Lease** <br> **Vehicle was surrendered.** | | | | 6,822.58 |
| Account No. **0416** <br><br> **BMW Financial Services, LLC** <br> **P.O. Box 201347** <br> **Arlington, TX 76006** | | - | | | **Repo** | | | | 11,437.76 |

__15__  continuation sheets attached

Subtotal
(Total of this page)

19,250.10

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                       S/N:39090-141010    Best Case Bankruptcy

In re  **Toney Canty**                                                              ,        Case No.  __14-54539__
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx2831**<br><br>**Cap One**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | - | Opened 6/14/06 Last Active 6/04/12<br>CreditCard | | | | 1,415.00 |
| Account No. **xxxxxxxxxxxx5060**<br><br>**Cap One**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | | - | Opened 12/24/98 Last Active 6/04/12<br>CreditCard | | | | 1,379.00 |
| Account No. **xxxxx0837**<br><br>**Cap One**<br>**Po Box 30253**<br>**Salt Lake City, UT 84130** | | - | Opened 6/14/06 Last Active 3/02/11<br>Credit Card | | | | 0.00 |
| Account No. **xxxxxxxxxxx5834**<br><br>**Cap One**<br>**Po Box 30253**<br>**Salt Lake City, UT 84130** | | - | Opened 6/14/06 Last Active 4/13/10<br>Credit Card | | | | 0.00 |
| Account No. **xxxxxxxxxxxx3831**<br><br>**Cap One**<br>**Po Box 30253**<br>**Salt Lake City, UT 84130** | | - | Opened 6/14/06 Last Active 4/28/08<br>Credit Card | | | | 0.00 |

Sheet no. __1__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           **2,794.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

In re __Toney Canty_____,   Case No. ___14-54539_____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5060** | | | Opened 12/24/98 Last Active 7/01/12 Credit Card | | | | |
| **Capital One Po Box 30253 Salt Lake City, UT 84130** | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. **xxxxxxxxxxx2831** | | | Opened 6/14/06 Last Active 7/01/12 Credit Card | | | | |
| **Capital One Po Box 30253 Salt Lake City, UT 84130** | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. **xxxxxxxxxxx4312** | | | Opened 5/01/10 Last Active 11/10/10 Collection Attorney City Of Los Banos | | | | |
| **Cbassociates Po Box 150 Fairfield, CA 94533** | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. **xxxxxxxxxxx0721** | | | Opened 8/01/14 Collection Attorney City Of Los Banos | | | | |
| **Cbassociates Po Box 150 Fairfield, CA 94533** | - | | | | | | |
| | | | | | | | 100.00 |
| Account No. **xxxxxxxxxxx4312** | | | Opened 5/01/10 Last Active 11/01/10 04 City Of Los Banos NOTICE ONLY | | | | |
| **Cbassociates (Original Creditor:04 City P. O Box 150 460 Union Ave. Sui Fairfield, CA 94533** | - | | | | | | |
| | | | | | | | 0.00 |

Sheet no. _2___ of _15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 100.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re  **Toney Canty**                                                                    ,   Case No.  __14-54539__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x4560**<br><br>Citi-Shell<br>Po Box 6497<br>Sioux Falls, SD 57117 | - | | Opened 6/17/03 Last Active 8/08/10<br>CreditCard<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxxxxxxxx0713**<br><br>Coast 2 Coast Financia (Original Credito<br>101 Hodencamp Rd Ste 120<br>Thousand Oaks, CA 91360 | - | | Opened 11/07/11 Last Active 6/01/12<br>Collection Clark Pest Control | | | | 279.00 |
| Account No. **xxxxxxxxxxxx0713**<br><br>Coast to Coast Financia<br>Attn:Bankruptcy<br>101 Hodencamp Rd Ste 120<br>Thousand Oaks, CA 91360 | - | | Opened 11/01/11<br>Collection Attorney Clark Pest Control | | | | 279.00 |
| Account No. **xxx9289**<br><br>Coast To Coast Financial Solutions<br>Clark Pest Control<br>PO BOX 2086<br>Thousand Oaks, CA 91358 | - | | Account Balance | | | | 280.31 |
| Account No. **xxx071-3**<br><br>Coast To Coast Financial Solutions<br>Clark Pest Control<br>PO BOX 2086<br>Thousand Oaks, CA 91358 | - | | Account Balance | | | | 280.31 |

Sheet no. __3___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,118.62

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re   **Toney Canty**
_____,
                    Debtor

Case No.   **14-54539**
_____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1001**<br><br>**County Of Santa Clara**<br>**2851 Junction Ave**<br>**San Jose, CA 95134** | - | | | **Opened  5/14/03  Last Active  8/25/09**<br>**NOTICE ONLY** | | | | **0.00** |
| Account No. **xxxxxxxxxxxx1000**<br><br>**County Of Santa Clara**<br>**2851 Junction Ave**<br>**San Jose, CA 95134** | - | | | **Opened  5/14/03  Last Active  5/23/08**<br>**NOTICE ONLY** | | | | **0.00** |
| Account No. **xxxxxxxxxxx4312**<br><br>**Credit Bureau Associat (Original Credito**<br>**460 Union Ave**<br>**Fairfield, CA 94533** | - | | | **Opened  5/17/10  Last Active 11/10/10**<br>**Collection City Of Los Banos**<br>**NOTICE ONLY** | | | | **0.00** |
| Account No. **xxx5020**<br><br>**Credit Consulting Svc**<br>**Po Box 5879**<br>**Salinas, CA 93915** | - | | | **Opened  5/01/13  Last Active  3/01/11**<br>**Collection Attorney Bianchi  Kasavan   Pope  Llp** | | | | **1,014.00** |
| Account No. **xxx4943**<br><br>**Credit Consulting Svc**<br>**Po Box 5879**<br>**Salinas, CA 93915** | - | | | **Opened  2/01/10  Last Active  6/26/12**<br>**Collection Attorney Hazel Hawkins Memorial Hospita** | | | | **0.00** |

Sheet no.  **4**  of  **15**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,014.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

In re __Toney Canty__ , Case No. __14-54539__
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxx0849** <br><br> **Credit Consulting Svc** <br> **Po Box 5879** <br> **Salinas, CA 93915** | | - | | Opened  9/01/11  Last Active  6/12/12 Collection Attorney Hazel Hawkins Memorial Hospita | | | | 0.00 |
| Account No. **xxx1222** <br><br> **Credit Consulting Svc** <br> **Po Box 5879** <br> **Salinas, CA 93915** | | - | | Opened 11/01/10  Last Active  6/12/12 Collection Attorney Hazel Hawkins Physician Srvcs | | | | 0.00 |
| Account No. **xxx3992** <br><br> **Credit Consulting Svc** <br> **Po Box 5879** <br> **Salinas, CA 93915** | | - | | Opened  3/01/10  Last Active  6/12/12 Collection Attorney Hazel Hawkins Memorial Hospita | | | | 0.00 |
| Account No. **xxx3991** <br><br> **Credit Consulting Svc** <br> **Po Box 5879** <br> **Salinas, CA 93915** | | - | | Opened  3/01/10  Last Active  6/26/12 Collection Attorney Hazel Hawkins Memorial Hospita | | | | 0.00 |
| Account No. **xxx3990** <br><br> **Credit Consulting Svc** <br> **Po Box 5879** <br> **Salinas, CA 93915** | | - | | Opened  3/01/10  Last Active  6/12/12 Collection Attorney Hazel Hawkins Memorial Hospita | | | | 0.00 |

Sheet no. __5__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **0.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

In re  **Toney Canty**                                                    ,  Case No.  __14-54539__
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3992** <br><br> **Credit Consulting Svc (Original Creditor Po Box 5879 Salinas, CA 93915** | - | | Opened 3/30/10  Last Active  6/01/12 <br> Collection Hazel Hawkins Memorial Hospita | | | | 268.00 |
| Account No. **xxx0849** <br><br> **Credit Consulting Svc (Original Creditor Po Box 5879 Salinas, CA 93915** | - | | Opened 9/23/11  Last Active 12/01/11 <br> Collection Hazel Hawkins Memorial Hospita | | | | 64.00 |
| Account No. **xxx1222** <br><br> **Credit Consulting Svc (Original Creditor Po Box 5879 Salinas, CA 93915** | - | | Opened 11/30/10  Last Active  2/01/11 <br> Collection Hazel Hawkins Physician Srvcs | | | | 60.00 |
| Account No. **xxx3991** <br><br> **Credit Consulting Svc (Original Creditor Po Box 5879 Salinas, CA 93915** | - | | Opened 3/30/10  Last Active  6/01/12 <br> Collection Hazel Hawkins Memorial Hospita <br> NOTICE ONLY | | | | 0.00 |
| Account No. **xxx3990** <br><br> **Credit Consulting Svc (Original Creditor Po Box 5879 Salinas, CA 93915** | - | | Opened 3/30/10  Last Active  6/01/12 <br> Collection Hazel Hawkins Memorial Hospita <br> NOTICE ONLY | | | | 0.00 |

Sheet no. __6___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     392.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

In re __Toney Canty_____,  Case No. ____14-54539_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxx4943<br><br>**Credit Consulting Svc (Original Creditor**<br>**Po Box 5879**<br>**Salinas, CA 93915** | - | | | **Opened 2/01/10 Last Active 6/01/12**<br>**Collection Hazel Hawkins Memorial Hospita**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. xxxxxxxxxxxxxxxxxxx1221<br><br>**Dept Of Ed/sallie Ma**<br>**Po Box 9635**<br>**Wilkes Barre, PA 18773** | - | | | **Opened 12/01/09 Last Active 9/01/14**<br>**Government Unsecured Guarantee Loan** | | | | 5,175.00 |
| Account No. xxxxxxxxxxxxxxxxxxx0817<br><br>**Dept Of Ed/sallie Ma**<br>**Po Box 9635**<br>**Wilkes Barre, PA 18773** | - | | | **Opened 8/01/09 Last Active 9/01/14**<br>**Government Unsecured Guarantee Loan** | | | | 7,998.00 |
| Account No. xxxxxxxxxxxxxxxxxxx0817<br><br>**Dept Of Ed/Sallie Mae**<br>**Po Box 9635**<br>**Wilkes Barre, PA 18773** | - | | | **Opened 8/17/09 Last Active 5/01/12**<br>**Educational** | | | | 6,690.00 |
| Account No. xxxxxxxxxxxxxxxxxxx1221<br><br>**Dept Of Ed/Sallie Mae**<br>**Po Box 9635**<br>**Wilkes Barre, PA 18773** | - | | | **Opened 12/21/09 Last Active 5/01/12**<br>**Educational** | | | | 4,329.00 |

Sheet no. __7___ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,192.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                           Best Case Bankruptcy

In re **Toney Canty** ,                         Case No. __14-54539__
_____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxx9287**<br><br>**ER Solutions/Convergent Outsourcing, INC**<br>**Po Box 9004**<br>**Renton, WA 98057** | - | | | | Opened 3/01/14 Last Active 3/27/14 **Collection Attorney Dish Network** | | | | 295.00 |
| Account No. **xxxxxxx6631**<br><br>**Filice Estate Vineyards, LLC**<br>**c/o Leslie Holmes, Esq.**<br>**333 West Santa Clara St., Suite #805**<br>**San Jose, CA 95113** | - | | | | Account Balance | | | | 7,116.91 |
| Account No. **xxxxxxx6631**<br><br>**Filice Estate Vineyards, LLC**<br>**c/o Mezzetti Financial Services, Inc.**<br>**PO BOX 59595**<br>**San Jose, CA 95159** | | | | | Representing:<br>**Filice Estate Vineyards, LLC** | | | | **Notice Only** |
| Account No. **xxxxxxxx5943**<br><br>**Gecrb/Lowes**<br>**Po Box 103065**<br>**Roswell, GA 30076** | - | | | | Opened 11/12/06 Last Active 6/06/12 **ChargeAccount** | | | | 191.00 |
| Account No. **xxxxxxx5522**<br><br>**GECRB/Lowes**<br>**Attention: Bankruptcy Department**<br>**Po Box 103104**<br>**Roswell, GA 30076** | - | | | | Opened 11/12/06 Last Active 5/02/11 **Charge Account** | | | | 0.00 |
| Sheet no. __8__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | | | 7,602.91 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

In re __Toney Canty__ , Case No. __14-54539__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx0561** <br><br> **GECRB/Lowes** <br> **Attention: Bankruptcy Department** <br> **Po Box 103104** <br> **Roswell, GA 30076** | - | | **Opened 11/01/06 Last Active 7/01/12** <br> **Charge Account** | | | | **0.00** |
| Account No. **xxxxx5714** <br><br> **Gmfnancial** <br> **Po Box 181145** <br> **Arlington, TX 76096-1145** | - | | **Opened 5/01/04 Last Active 10/01/04** <br> **InstallmentSalesContract** <br> **NOTICE ONLY** | | | | **0.00** |
| Account No. **xxxxx5714** <br><br> **Gmfnancial** <br> **Po Box 181145** <br> **Arlington, TX 76096-1145** | - | | **Opened 5/01/04 Last Active 10/01/04** <br> **Account balance** | | | | **0.00** |
| Account No. **xxxxxxxxxx5621** <br><br> **Hsbc Auto** <br> **6602 Convoy Court** <br> **San Diego, CA 92111** | - | | **Opened 4/01/01 Last Active 2/01/04** <br> **InstallmentSalesContract** <br> **NOTICE ONLY** | | | | **0.00** |
| Account No. **xxxxxxx4589** <br><br> **Hsbc Bank** <br> **Po Box 5253** <br> **Carol Stream, IL 60197** | - | | **Opened 6/14/06 Last Active 3/02/11** <br> **CreditCard** <br> **NOTICE ONLY** | | | | **0.00** |

Sheet no. __9__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

In re **Toney Canty** ,                                             Case No.   **14-54539**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx5497**<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | - | | **Opened 6/14/06 Last Active 4/13/10**<br>**CreditCard**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxxxx0406**<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | - | | **Opened 6/14/06 Last Active 4/28/08**<br>**CreditCard**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxxxx0217**<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | - | | **Opened 12/01/98 Last Active 3/01/03**<br>**CreditCard**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxxx0837**<br><br>**Hsbc Bank**<br>**Po Box 5253**<br>**Carol Stream, IL 60197** | - | | **Opened 6/14/06 Last Active 3/02/11**<br>**CreditCard**<br>**NOTICE ONLY** | | | | 0.00 |
| Account No. **xxxxxxxxxxxxxF097**<br><br>**Innovat Col**<br>**Po Box 3500**<br>**Tustin, CA 92781** | - | | **04 City Of San Jose Parking** | | | | 0.00 |

Sheet no. __**10**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

0.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

In re **Toney Canty**,
_____ Case No. **14-54539**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxxF097<br><br>Innovat Col (Original Creditor:04 City O<br>Po Box 3500<br>Tustin, CA 92781 | | - | Opened 6/01/10 Last Active 9/01/10<br>04 City Of San Jose Parking<br>NOTICE ONLY | | | | 0.00 |
| Account No.<br><br>Jose Mezzetti<br>PO BOX 59595<br>San Jose, CA 95159 | | - | NOTICE ONLY | | | | 0.00 |
| Account No. xxxxxx9545<br><br>Kay Jewelers<br>375 Ghent Rd<br>Fairlawn, OH 44333 | | - | Opened 12/02/04 Last Active 1/08/07<br>ChargeAccount<br>NOTICE ONLY | | | | 0.00 |
| Account No. xxx7252<br><br>New Century Mortgage C<br>18400 Von Karman Ave Ste<br>Irvine, CA 92612 | | - | Opened 9/30/04 Last Active 12/15/04<br>ConventionalRealEstateMortgage<br>NOTICE ONLY | | | | 0.00 |
| Account No. xxx2320<br><br>Pcfs<br>4221 International Parkway<br>Atlanta, GA 30354 | | - | Opened 6/01/03 Last Active 9/16/04<br>InstallmentSalesContract<br>NOTICE ONLY | | | | 0.00 |

Sheet no. **11** of **15** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **0.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

In re  **Toney Canty**
                                                                    ,   Case No. ___**14-54539**___
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx9907 <br><br> **Rash Curtis & Associat** <br> **190 S Orchard Ave Ste A2** <br> **Vacaville, CA 95688** | - | | **Opened 2/01/10 Last Active 10/25/12** <br> **Collection Attorney Patricio Lauder M.D.** | | | | 67.00 |
| Account No. xxxxxxxxxxx9907 <br><br> **Rash Curtis & Associat (Original Credito** <br> **190 S Orchard Ave Ste A2** <br> **Vacaville, CA 95688** | - | | **Opened 2/22/10 Last Active 2/01/12** <br> **Collection Patricio Lauder M.D.** | | | | 63.00 |
| Account No. xxxxxxxxxxxxxxxxxxxx0817 <br><br> **Sallie Mae** <br> **Po Box 9500** <br> **Wilkes Barre, PA 18773** | - | | **Opened 8/17/09 Last Active 9/01/10** <br> **Educational** <br> **NOTICE ONLY** | | | | 0.00 |
| Account No. xxxxxxxxxxxxxxxxxxxx1221 <br><br> **Sallie Mae** <br> **Po Box 9500** <br> **Wilkes Barre, PA 18773** | - | | **Opened 12/21/09 Last Active 9/01/10** <br> **Educational** <br> **NOTICE ONLY** | | | | 0.00 |
| Account No. xxxx1641 <br><br> **San Mateo Credit Union** <br> **350 Convention Way** <br> **Redwood City, CA 94063** | - | | **Unsecured** <br> **Repossessed** | | | | 3,833.00 |

Husband, Wife, Joint, or Community

Sheet no. __**12**__ of __**15**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 3,963.00 |
|---|---|

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                           Best Case Bankruptcy

In re  **Toney Canty**                                                              ,     Case No.  **14-54539**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxx1640** | | - | | | Opened 4/19/06 Last Active 2/01/10 Account Balance | | | | |
| San Mateo Credit Union 350 Convention Way Redwood City, CA 94063 | | | | | | | | | 1,056.00 |
| Account No. **xxxx1641** | | - | | | Opened 8/20/07 Last Active 8/29/12 Unsecured | | | | |
| San Mateo Credit Union Po Box 910 Redwood City, CA 94064 | | | | | | | | | 2,459.00 |
| Account No. **xxxxxxxxxxx8417** | | - | | | Opened 3/16/05 Last Active 9/02/07 Credit Card | | | | |
| San Mateo Credit Union Po Box 910 Redwood City, CA 94064 | | | | | | | | | 0.00 |
| Account No. **xxxx1641** | | - | | | Opened 8/01/07 Last Active 8/29/12 Unsecured | | | | |
| San Mateo Credit Union Po Box 910 Redwood City, CA 94064 | | | | | | | | | 0.00 |
| Account No. **xxxxxxxxxxx8417** | | - | | | Opened 3/16/05 Last Active 9/02/07 CreditCard NOTICE ONLY | | | | |
| Sanmateo 350 Convention Way Redwood City, CA 94063 | | | | | | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __13__ of __15__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 3,515.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

In re  **Toney Canty**                                                          ,          Case No.    **14-54539**
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxx4300** <br><br>**Santaclara** <br>**2851 Junction Ave** <br>**San Jose, CA 95134-1910** | - | | **Opened 12/18/89  Last Active  9/25/06** <br>**NOTICE ONLY** | | | | **0.00** |
| Account No. **xxxxx5550** <br><br>**Shell Oil / Citibank** <br>**Attn: Centralized  Bankruptcy** <br>**Po Box 20363** <br>**Kansas City, MO 64195** | - | | **Opened  6/17/03  Last Active  8/08/10** <br>**Credit Card** | | | | **0.00** |
| Account No. **xxxxxxxxxxxxxxxxxx1221** <br><br>**Slm Financial Corp** <br>**Po Box 9500** <br>**Wilkes-barre, PA 18773** | - | | **Opened 12/01/09  Last Active  9/01/10** <br>**Government Unsecured Guarantee Loan** | | | | **0.00** |
| Account No. **xxxxxxxxxxxxxxxxxx0817** <br><br>**Slm Financial Corp** <br>**Po Box 9500** <br>**Wilkes-barre, PA 18773** | - | | **Opened  8/01/09  Last Active  9/01/10** <br>**Government Unsecured Guarantee Loan** | | | | **0.00** |
| Account No. **xxxxxxxxxx0001** <br><br>**Verizon** <br>**500 Technology Dr** <br>**Ste 550** <br>**Weldon Spring, MO 63304** | - | | **Opened  2/01/07  Last Active  9/04/10** <br>**Account balance** | | | | **308.00** |

Sheet no. **14** of **15** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal <br>(Total of this page)

**308.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

In re **Toney Canty** ,

Debtor

Case No. **14-54539**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9545**<br><br>**Weisfield Jewelers/Sterling Jewelers Inc**<br>**Attn: Bankruptcy**<br>**Po Box 1799**<br>**Akron, OH 44309** | - | | **Opened 12/01/04  Last Active  1/08/07**<br>**Charge Account** | | | | **0.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __15__ of __15__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **0.00** |
| Total (Report on Summary of Schedules) | **64,249.63** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

In re   **Toney Canty**
,
Case No.    **14-54539**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Toney Canty**                             ,    Case No.    **14-54539**

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**    continuation sheets attached to Schedule of Codebtors

Fill in this information to identify your case:

Debtor 1 **Toney Canty**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number **14-54539**
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing post-petition chapter
  13 income as of the following date:
  _____
  MM / DD/ YYYY

Official Form B 6I

# Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

| 1. | **Fill in your employment information.** | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** | Police Officer | |
| | | **Employer's name** | City of Marina | |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** | 211 Hillcrest Ave.<br>Marina, CA 93933 | |
| | | **How long employed there?** | 7 1/2 years | |

## Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 3,590.93 | $ N/A |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ N/A |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 3,590.93 | $ N/A |

Case: 14-54539    Doc# 7    Filed: 11/21/14    Entered: 11/21/14 16:13:13    Page 31 of 57

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **3,590.93** | $ **N/A** |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ **94.36** | $ **N/A** |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| 5e. | **Insurance** | 5e. | $ **247.89** | $ **N/A** |
| 5f. | **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| 5g. | **Union dues** | 5g. | $ **0.00** | $ **N/A** |
| 5h. | **Other deductions.** Specify:   **Aflac** | 5h.+ | $ **231.60** + | $ **N/A** |
| | **MPOA** | | $ **21.67** | $ **N/A** |
| | **POA** | | $ **95.33** | $ **N/A** |
| | **PERS** | | $ **161.59** | $ **N/A** |
| | **Survivor Benefits** | | $ **2.02** | $ **N/A** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **854.46** | $ **N/A** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **2,736.47** | $ **N/A** |

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **1,300.00** | $ **N/A** |
| 8b. | **Interest and dividends** | 8b. | $ **0.00** | $ **N/A** |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| 8d. | **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| 8e. | **Social Security** | 8e. | $ **0.00** | $ **N/A** |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **N/A** |
| 8g. | **Pension or retirement income** | 8g. | $ **0.00** | $ **N/A** |
| 8h. | **Other monthly income.** Specify:   **Disability** | 8h.+ | $ **2,600.00** + | $ **N/A** |
| | **Contribution from girlfriend** | | $ **1,100.00** | $ **N/A** |

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **5,000.00** | $ **N/A** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **7,736.47** + $ **N/A** = | $ **7,736.47** |

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify:                                                                                              11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies

| | |
|---|---|
| 12. | $ **7,736.47** |
| | **Combined monthly income** |

13. **Do you expect an increase or decrease within the year after you file this form?**
   ■ No.
   ☐ Yes. Explain:

Case: 14-54539   Doc# 7   Filed: 11/21/14   Entered: 11/21/14 16:13:13   Page 32 of 57

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 **Toney Canty** | |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA | |
| Case number **14-54539** (If known) | |

Check if this is:

- ☐ An amended filing
- ☐ A supplement showing post-petition chapter 13 expenses as of the following date:

  _____
  MM / DD / YYYY

- ☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

## Official Form B 6J
# Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

**1. Is this a joint case?**

- ■ No. Go to line 2.
- ☐ Yes. **Does Debtor 2 live in a separate household?**
  - ☐ No
  - ☐ Yes. Debtor 2 must file a separate Schedule J.

**2. Do you have dependents?** ☐ No

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

■ Yes.

Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Son** | **8** | ☐ No  ■ Yes |
| **Stepson** | **8** | ☐ No  ■ Yes |
| **Stepdaughter** | **10** | ☐ No  ■ Yes |
| **Son** | **11** | ☐ No  ■ Yes |
| **Stepdaughter** | **16** | ☐ No  ■ Yes |

**3. Do your expenses include expenses of people other than yourself and your dependents?**

- ■ No
- ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | **Your expenses** |
|---|---|

**4.** The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

4. $ 3,500.00

If not included in line 4:

| | | |
|---|---|---|
| 4a. | Real estate taxes | 4a. $ 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 150.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

Case: 14-54539    Doc# 7    Filed: 11/21/14    Entered: 11/21/14 16:13:13    Page 33 of 57

5.   **Additional mortgage payments for your residence,** such as home equity loans        5.   $                                   **0.00**

6.    **Utilities:**
      6a.   Electricity, heat, natural gas                                        6a.  $                   **425.00**
      6b.   Water, sewer, garbage collection                                     6b.  $                     **0.00**
      6c.   Telephone, cell phone, Internet, satellite, and cable services       6c.  $                     **0.00**
      6d.   Other. Specify:  **Cable**                                           6d.  $                   **100.00**
                    **Internet**                                                      $                    **52.00**
                    **Garbage**                                                       $                    **65.00**
                    **Cell Phone**                                                    $                   **109.00**
7.    **Food and housekeeping supplies**                                          7.  $                   **500.00**
8.    **Childcare and children's education costs**                                8.  $                     **0.00**
9.    **Clothing, laundry, and dry cleaning**                                     9.  $                   **220.00**
10.   **Personal care products and services**                                    10.  $                    **30.00**
11.   **Medical and dental expenses**                                            11.  $                    **70.00**
12.   **Transportation.** Include gas, maintenance, bus or train fare.
      Do not include car payments.                                               12.  $                   **250.00**
13.   **Entertainment, clubs, recreation, newspapers, magazines, and books**     13.  $                    **50.00**
14.   **Charitable contributions and religious donations**                       14.  $                     **0.00**
15.   **Insurance.**
      Do not include insurance deducted from your pay or included in lines 4 or 20.
      15a.  Life insurance                                                       15a.  $                    **0.00**
      15b.  Health insurance                                                     15b.  $                    **0.00**
      15c.  Vehicle insurance                                                    15c.  $                  **100.00**
      15d.  Other insurance. Specify:                                            15d.  $                    **0.00**
16.   **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
      Specify:                                                                    16.  $                     **0.00**
17.   **Installment or lease payments:**
      17a.  Car payments for Vehicle 1                                           17a.  $                    **0.00**
      17b.  Car payments for Vehicle 2                                           17b.  $                    **0.00**
      17c.  Other. Specify:                                                      17c.  $                    **0.00**
      17d.  Other. Specify:                                                      17d.  $                    **0.00**
18.   **Your payments of alimony, maintenance, and support that you did not report as
      deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 6I).**  18.  $          **0.00**
19.   **Other payments you make to support others who do not live with you.**    19.  $                     **0.00**
      Specify:                                                                    19.
20.   **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*
      20a.  Mortgages on other property                                          20a.  $                **1,300.00**
      20b.  Real estate taxes                                                    20b.  $                    **0.00**
      20c.  Property, homeowner's, or renter's insurance                         20c.  $                    **0.00**
      20d.  Maintenance, repair, and upkeep expenses                             20d.  $                    **0.00**
      20e.  Homeowner's association or condominium dues                          20e.  $                    **0.00**
21.   **Other:** Specify:                                                        21.  +$                    **0.00**

22.   **Your monthly expenses.** Add lines 4 through 21.                          22.  $                **6,921.00**
      The result is your monthly expenses.
23.   **Calculate your monthly net income.**
      23a.  Copy line 12 *(your combined monthly income)* from Schedule I.       23a.  $                **7,736.47**
      23b.  Copy your monthly expenses from line 22 above.                       23b.  -$               **6,921.00**

      23c.  Subtract your monthly expenses from your monthly income.
            The result is your *monthly net income.*                            23c.  $                  **815.47**

24.   **Do you expect an increase or decrease in your expenses within the year after you file this form?**
      For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
      modification to the terms of your mortgage?
      ■  No.
      ☐  Yes.
      Explain:

Case: 14-54539    Doc# 7    Filed: 11/21/14    Entered: 11/21/14 16:13:13    Page 35 of 57

# United States Bankruptcy Court
## Northern District of California

In re **Toney Canty**
_____
Debtor(s)

Case No. **14-54539**
Chapter **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **34** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **November 21, 2014**

Signature **/s/ Toney Canty**

**Toney Canty**
Debtor

_Penalty for making a false statement or concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of California

In re  **Toney Canty**

Case No.  **14-54539**

Debtor(s)

Chapter  **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$56,739.95** | **2014 YTD: Debtor Employment Income** |
| **$88,895.00** | **2013: Debtor Employment Income** |
| **$102,251.00** | **2012: Debtor Employment Income** |
| **$0.00** | **2014 YTD: Debtor Gross Business Income** |
| **$55,598.00** | **2013: Debtor Gross Business Income** |
| **$75,991.00** | **2012: Debtor Gross Business Income** |

**2. Income other than from employment or operation of business**

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$12,650.00** | **2014YTD Rental Income** |
| **$3,000.00** | **2013 Rental Income** |
| **$12,000.00** | **2012 Rental Income** |
| **$8,000.00** | **2014 YTD: Debtor Disability Benefits** |

**3. Payments to creditors**

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

* *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **BMW Financial Services, LLC** <br> **P.O. Box 201347** <br> **Arlington, TX 76006** | **05/2013** | **2007 BMW 325i** |

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None  ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Central Coast Bankruptcy, Inc.**<br>**532 Pajaro Street**<br>**Salinas, CA 93901** | **November 4, 2014** | **Filing Fee = $310.00**<br>**Credit Counseling = $60.00**<br>**Credit Report = $38.00** |

**10. Other transfers**

None  ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None  ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None  ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None  ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None  ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Canty and Marquez Salon and Day Spa, Inc** | **90-0839182** | **618 Lighthouse Ave. Pacific Grove, CA 93950** | **Salon** | **12/2010 - 12/2013** |
| **Canty Investigations** | **1309** | **6495 Duneville Way Hollister, CA 95023** | **Private Investigation** | **08/2005 - 11/2013** |
| **Canty and Marquez Salon and Day Spa, Inc** | **90-0839182** | **8025 Kern Ave Gilroy, CA 95020** | **Salon** | **June 2011 through December 2011** |
| **Canty Security & Investigations, Inc.** | **74-3239390** | **330 Tres Pinos Road, Suite F1 Hollister, CA 95023** | **Private Security** | **09/2005 - 11/2013** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                        DATES SERVICES RENDERED

None ■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME           ADDRESS

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS           DATE ISSUED

---

**20. Inventories**

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None ■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS        TITLE        NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME        ADDRESS        DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS        TITLE        DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,
RELATIONSHIP TO DEBTOR        DATE AND PURPOSE
OF WITHDRAWAL        AMOUNT OF MONEY
OR DESCRIPTION AND
VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                                       TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 21, 2014**                        Signature   **/s/ Toney Canty**

                                                                                  **Toney Canty**
                                                                                  Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of California

In re    **Toney Canty**      Case No.    **14-54539**

         Debtor(s)      Chapter    **13**

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.      The undersigned is the attorney for the debtor(s) in this case.

2.      The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   - a)    For legal services rendered or to be rendered in contemplation of and in connection with this case     $     **7,100.00**
   - b)    Prior to the filing of this statement, debtor(s) have paid     $     **0.00**
   - c)    The unpaid balance due and payable is     $     **7,100.00**

3.      $ **310.00** of the filing fee in this case has been paid.

4.      The Services rendered or to be rendered include the following:
   - a.    Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.

5.      The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.      The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.      The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.      The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:    **November 21, 2014**           Respectfully submitted,

                         **/s/ Jason Vogelpohl**

                         Attorney for Debtor: **Jason Vogelpohl 252407**
                         **Central Coast Bankruptcy, Inc.**
                         **532 Pajaro Street**
                         **Salinas, CA 93901**
                         **831-783-0260 Fax: 831-783-0232**
                         **jason@centralcoastbankruptcy.com**

In re   **Toney Canty**                                         Case No.   **12-55506**

Debtor(s)

## STATEMENT PURSUANT TO RULE 2016(B)
### Attachment A

 I have not agreed to share the above-disclosed compensation with any other person unless they are member of my law firm.  However, I occasionally request that an attorney who is not a member of my firm appear at a 341 meeting or other hearing and this appearance is made without compensation.  In other instances, I share fees with special appearance counsel in an amount not to exceed $100.00 per appearance.  If fees are shared, there is no additional charge to the debtor(s).

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total Fee $335)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total Fee $310)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $550 administrative fee: Total Fee $1,717)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total Fee $275)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of California

In re **Toney Canty** _____   Case No. **14-54539**
                                    Debtor(s)          Chapter **13**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **Toney Canty** | X **/s/ Toney Canty** | **November 21, 2014** |
|---|---|---|
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| Case No. (if known) **14-54539** | X | |
| | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re   **Toney Canty**          Case No.   **14-54539**

         Debtor(s)       Chapter    **13**

# CREDITOR MATRIX COVER SHEET

       I declare that the attached Creditor Mailing Matrix, consisting of  **7**  sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

Date:   **November 21, 2014**           **/s/ Jason Vogelpohl**

                                        Signature of Attorney
                                        **Jason Vogelpohl 252407**
                                        **Central Coast Bankruptcy, Inc.**
                                        **532 Pajaro Street**
                                        **Salinas, CA 93901**
                                        **831-783-0260   Fax: 831-783-0232**

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Amex
P.O. Box 981537
El Paso, TX 79998


Bank Of America, N.A.
450 American St
Simi Valley, CA 93065


Bianchi, Kasavan, & Pope, LLP
243 Sixth Street, Ste 220
Hollister, CA 95024


BMW Financial Services, LLC
PO BOX 3608
Dublin, OH 43016


BMW Financial Services, LLC
P.O. Box 201347
Arlington, TX 76006


Cap One
Po Box 5253
Carol Stream, IL 60197


Cap One
Po Box 30253
Salt Lake City, UT 84130


Capital One
Po Box 30253
Salt Lake City, UT 84130

Cbassociates
Po Box 150
Fairfield, CA 94533


Cbassociates (Original Creditor:04 City
P. O Box 150 460 Union Ave. Sui
Fairfield, CA 94533


Citi-Shell
Po Box 6497
Sioux Falls, SD 57117


Coast 2 Coast Financia (Original Credito
101 Hodencamp Rd Ste 120
Thousand Oaks, CA 91360


Coast to Coast Financia
Attn:Bankruptcy
101 Hodencamp Rd Ste 120
Thousand Oaks, CA 91360


Coast To Coast Financial Solutions
Clark Pest Control
PO BOX 2086
Thousand Oaks, CA 91358


County Of Santa Clara
2851 Junction Ave
San Jose, CA 95134


Credit Bureau Associat (Original Credito
460 Union Ave
Fairfield, CA 94533

Credit Consulting Svc
Po Box 5879
Salinas, CA 93915


Credit Consulting Svc (Original Creditor
Po Box 5879
Salinas, CA 93915


Dept Of Ed/sallie Ma
Po Box 9635
Wilkes Barre, PA 18773


Dept Of Ed/Sallie Mae
Po Box 9635
Wilkes Barre, PA 18773


ER Solutions/Convergent Outsourcing, INC
Po Box 9004
Renton, WA 98057


Filice Estate Vineyards, LLC
c/o Leslie Holmes, Esq.
333 West Santa Clara St., Suite #805
San Jose, CA 95113


Filice Estate Vineyards, LLC
c/o Mezzetti Financial Services, Inc.
PO BOX 59595
San Jose, CA 95159


Franchise Tax Board
PO Box 2952
Sacramento, CA 95812-2952

Gecrb/Lowes
Po Box 103065
Roswell, GA 30076


GECRB/Lowes
Attention: Bankruptcy Department
Po Box 103104
Roswell, GA 30076


Gmfnancial
Po Box 181145
Arlington, TX 76096-1145


Hsbc Auto
6602 Convoy Court
San Diego, CA 92111


Hsbc Bank
Po Box 5253
Carol Stream, IL 60197


Innovat Col
Po Box 3500
Tustin, CA 92781


Innovat Col (Original Creditor:04 City O
Po Box 3500
Tustin, CA 92781


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jose Mezzetti
PO BOX 59595
San Jose, CA 95159


K&S Market
PO BOX 499
Hollister, CA 95023


Kay Jewelers
375 Ghent Rd
Fairlawn, OH 44333


Nationstar Mortgage Ll
350 Highland Dr
Lewisville, TX 75067


New Century Mortgage C
18400 Von Karman Ave Ste
Irvine, CA 92612


Pcfs
4221 International Parkway
Atlanta, GA 30354


Quality Loan Service Corporation
411 Ivy Street
San Diego, CA 92101


Rash Curtis & Associat
190 S Orchard Ave Ste A2
Vacaville, CA 95688

Rash Curtis & Associat (Original Credito
190 S Orchard Ave Ste A2
Vacaville, CA 95688


Sallie Mae
Po Box 9500
Wilkes Barre, PA 18773


San Mateo Credit Union
350 Convention Way
Redwood City, CA 94063


San Mateo Credit Union
Po Box 910
Redwood City, CA 94064


Sanmateo
350 Convention Way
Redwood City, CA 94063


Santaclara
2851 Junction Ave
San Jose, CA 95134-1910


Shell Oil / Citibank
Attn: Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195


Slm Financial Corp
Po Box 9500
Wilkes-barre, PA 18773

Verizon
500 Technology Dr
Ste 550
Weldon Spring, MO 63304


Weisfield Jewelers/Sterling Jewelers Inc
Attn: Bankruptcy
Po Box 1799
Akron, OH 44309