# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re: **Toney Canty**

Case No.

**Chapter 13 Plan**

Debtor(s).

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee, and the Debtor(s) will pay to the Trustee the sum of **815.00** each month. Initial attorneys fees are requested in the amount of $ **7,100.00** .
   ___ Debtor(s) elect a voluntary wage order.

2. From the payments received, the Trustee will make disbursements as follows:
   (a) On allowed claims for expenses of administration required by 11 U.S.C. § 507 (a)(2) in deferred payments.
   (b) On allowed secured claims, which shall be treated and valued as follows:

   | Name | Value of Collateral | Estimated Mortgage/Lease Arrears | Adequate Protection Payments (If specified) | Interest Rate (If Specified) |
   |---|---|---|---|---|
   | **San Mateo Credit Union** | 15,737.50 | | 100.00 | 4.00 |
   | **San Mateo Credit Union** | 9,937.50 | | 100.00 | 4.00 |
   | **Bank Of America, N.A.** | 423,000.00 | 28,117.83 | 0.00 | 0.00 |

   [The valuations shown above will be binding unless a timely objection to confirmation is filed. Secured claims will be allowed for the value of the collateral or the amount of the claim, whichever is less, and will be paid the adequate protection payments and the interest rates shown above. If an interest rate is not specified, 7% per annum will be paid. The remainder of the amount owing, if any, will be allowed as a general unsecured claim paid under the provisions of ¶ 2(d).]

   (c) On allowed priority unsecured claims in the order prescribed by 11 U.S.C. § 507.
   (d) On allowed general unsecured claims as follows:
      ____ at a rate of **0** cents on the dollar. The estimated term of the plan is ____ months. (Percentage Plan)
      **XX** the sum of **$48,900.00** payable over **60** months, distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. The plan payments will continue at the highest monthly payment provided in ¶ 1 as necessary to pay all allowed administrative, secured and priority unsecured claims within sixty months from the date the first payment became due. (Pot Plan)

3. The debtor(s) elect to reject the following executory contracts or leases and surrender to the named creditor(s) the personal or real property that serves as collateral for a claim. The debtor(s) waive the protections of the automatic stay and consent to allow the named creditor(s) to obtain possession and dispose of the following identified property or collateral without further order of the court. Any allowed unsecured claim for damages resulting from the rejection will be paid under paragraph 2(d).
   **-NONE-**

4. The Debtor(s) will pay directly the following fully secured creditors and lessors or creditors holding long-term debt:

   | Name | Monthly Payment |
   |---|---|
   | **Bank Of America, N.A.** | **3,500.00** |
   | **Nationstar Mortgage LI** | **1,300.00** |

5. The date this case was filed will be the effective date of the plan as well as the date when interest ceases accruing on unsecured claims against the estate.

6. The Debtor(s) elect to have property of the estate:
   ____ revest in the debtor(s) at such time as a discharge is granted or the case is dismissed.
   **X** revest in the debtor(s) upon plan confirmation. Once property revests, the Debtor(s) may sell or refinance real or personal property without further order of the court, upon approval of the Chapter 13 Trustee.

Rev. 10/05 (This certification must be signed for any Model Chapter 13 Plan generated by WordPerfect, Word, or other word processing program.)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                   Best Case Bankruptcy

Case: 14-54539   Doc# 10   Filed: 11/21/14   Entered: 11/21/14 16:14:24   Page 1 of 2

| In re: | **Toney Canty** | Case No. |
|---|---|---|
| | Debtor(s). | **Chapter 13 Plan - Continuation Sheet** |

7. The debtor(s) further propose pursuant to 11 USC § 1322(b):

    **The Debtor will file a motion to value collateral and avoid the lien of K & S Market regarding the Home Equity Line of Credit. The Trustee shall make disbursements to said creditor pursuant to Section 2(d).**

    **Debtor has submitted a loan modification application to Bank of America, N.A. regarding loan endling 8689. The loan modification will account for the mortgage arrears. Pre-petition arrears owed to Bank of America, N.A. will be paid via a future modified plan in the even the loan modification is denied. Further, in the event Debtor is not successful in obtaining a loan modification, Debtor's ongoing mortgage payment will revert to the terms provided in the operative loan documents.**

    **Debtor has submitted a loan modification application to Nationstar Mortgage LI regarding loan endling 1751. The loan modification will account for the mortgage arrears. Pre-petition arrears owed to Nationstar Mortgage LI will be paid via a future modified plan in the even the loan modification is denied. Further, in the event Debtor is not successful in obtaining a loan modification, Debtor's ongoing mortgage payment will revert to the terms provided in the operative loan documents.**

| **/s/ Toney Canty** | **November 7, 2014** |
|---|---|
| Debtor's Signature | Date |

I, the undersigned, am the attorney for the above named Debtor(s) and hereby certify that the foregoing chapter 13 plan is a verbatim replica of pre-approved chapter 13 plan promulgated pursuant to B.L.R. 1007-1 for use in the San Jose Division.

| Dated: | **November 7, 2014** | **/s/ Jason Vogelpohl** |
|---|---|---|
| | | **Jason Vogelpohl 252407** |
| | | Attorney for Debtor(s) |

Rev. 10/05 (This certification must be signed for any Model Chapter 13 Plan generated by WordPerfect, Word, or other word processing program.)

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                           Best Case Bankruptcy

Case: 14-54539   Doc# 10   Filed: 11/21/14   Entered: 11/21/14 16:14:24   Page 2 of 2