DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor


UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:                                                )
                                                          )
Toney Canty                                      )        Chapter 13
                                                          )        Case No.  14-54539 HLB
                                                          )
                                                          )        TRUSTEE'S OBJECTION TO DEBTOR'S
                                                          )        MOTION TO MODIFY CHAPTER 13 PLAN
                                                          )        AND REQUEST FOR HEARING with
                                                          )        CERTIFICATE OF SERVICE
                                                          )
                                                          )
                                                          )
                                                          )
                                                          )
                          Debtor               )
_____

Devin Derham-Burk, Trustee in the above matter, hereby requests a hearing be brought before

the above entitled Court to determine whether or not the debtor should be allowed to modify the

Chapter 13 plan as requested.  The Trustee objects to the debtor's Motion to Modify Chapter 13

Plan filed on December 29, 2017 for the following reasons:

> 1.  The debtor is not in compliance with Section 1322(d), in that the term of the
>
>       modified plan exceeds 60 months. The approximate term is 93 months. The
>
>       Trustee requests that the Motion to Modify be amended.
>
> 2.  Section 3 of the Motion to Modify Plan specifies the plan base be reduced from
>
>       $67,398.00 to $32,438.00. However, the lowered base amount is insufficient to

//

//

Case: 14-54539    Doc# 135    Filed: 01/17/18    Entered: 01/17/18 14:07:35    Page 1 of 3

pay the remaining secured and administrative claims in addition to the unsecured pool required by the plan. The Trustee requests the base amount be increased to an amount sufficient to pay remaining fees.


Dated: January 17, 2018                    /S/ Devin Derham-Burk

                                           _____
                                           Chapter 13 Trustee

**CERTIFICATE OF SERVICE BY MAIL**

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Objection to Debtor's Motion to Modify Chapter 13 Plan by placing same in an envelope in the U.S. Mail at Los Gatos, California on January 17, 2018.

Said envelopes were addressed as follows:

| | |
|---|---|
| Toney Canty<br>6495 Duneville Way<br>Hollister, CA 95023 | Central Coast Bankruptcy Inc<br>532 Pajaro St<br>Salinas, CA 93901 |

/S/ Filipa Gomes
_____
Office of Devin Derham-Burk, Trustee