DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| In re:<br><br>Toney Canty<br><br><br><br><br><br><br><br><br>                Debtor | Chapter 13<br>Case No.  14-54539 HLB<br><br>TRUSTEE'S OBJECTION TO DEBTOR'S THIRD AMENDED MOTION TO MODIFY CHAPTER 13 PLAN AND REQUEST FOR HEARING with CERTIFICATE OF SERVICE |

Devin Derham-Burk, Trustee in the above matter, hereby requests a hearing be brought before the above entitled Court to determine whether or not the debtor should be allowed to modify the Chapter 13 plan as requested.  The Trustee objects to the debtor's Third Amended Motion to Modify Chapter 13 Plan filed on July 30, 2018 for the following reason: The Trustee questions the feasibility of the plan, in that, the proposed increased monthly plan payment of $820.00 is not supported by the amended Schedule I and Schedule J filed on July 25, 2018. The amended schedules indicate the debtor has a monthly net income of $90.49. The Trustee questions the likelihood that the debtor will be able to make the proposed monthly payment.

Dated: August 14, 2018                             /S/ Devin Derham-Burk
                                                                      _____
                                                                      Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Objection to Debtor's Third Amended Motion to Modify Chapter 13 Plan by placing same in an envelope in the U.S. Mail at Los Gatos, California on August 14, 2018.

Said envelopes were addressed as follows:

| | |
|---|---|
| Toney Canty<br>6495 Duneville Way<br>Hollister, CA 95023 | Central Coast Bankruptcy Inc<br>532 Pajaro St<br>Salinas, CA 93901 |

/S/ Filipa Gomes

Office of Devin Derham-Burk, Trustee